UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DEIRDRE HOBLEY, ET AL                           CIVIL ACTION NO. 18-cv-1307

VERSUS                                          CHIEF JUDGE HICKS

KANSAS CITY SOUTHERN RAILWAY CO.,               MAGISTRATE JUDGE HORNSBY
ET AL

**MEMORANDUM ORDER**

Calvin Hobley was killed in an accident at a KCS railroad crossing. Hobley's surviving wife and children ("Plaintiffs") filed suit in state court against KCS and the Louisiana DOTD. KCS has removed the case based on an assertion of diversity jurisdiction. It acknowledges that Plaintiffs and the DOTD share Louisiana citizenship but argues the citizenship of the DOTD should be ignored pursuant to the improper joinder doctrine, which is outlined in Smallwood v. Illinois Central RR Co., 385 F.3d 568 (5th Cir. 2004). The court is obligated to determine subject matter jurisdiction, including whether a party is improperly joined, either through a motion challenge or on its own initiative. Gasch v. Hartford Acc. & Indem. Co. 491 F.3rd 278, 281 (5th Cir. 2007).

If Plaintiffs contest the assertion that the DOTD was improperly joined, they must file a motion to remand, supported by a memorandum, by **November 9, 2018** and explain why there is a reasonable basis to predict that state law would allow Plaintiffs to recover against the DOTD. If Plaintiffs timely file a motion to remand, it will be noticed for briefing so that KCS can respond and attempt to meet its burden on the improper joinder

issue. If Plaintiffs do not timely file a motion to remand and challenge the improper joinder plea, the court will consider Plaintiffs to concede the point, the DOTD will be dismissed, and the court will set a scheduling conference to discuss a trial date and related deadlines.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 9th day of October, 2018.

*Mark L. Hornsby*
U.S. Magistrate Judge